**Opinion issued August 2, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-12-00252-CR**
_____

**JOHN ANTHONY LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1282701**

---

**MEMORANDUM OPINION**

On February 8, 2012, the trial court sentenced appellant, John Anthony

Lopez. On March 8, 2012, appellant timely filed a notice of appeal and a motion

for new trial. The trial court granted appellant's motion for new trial. The

granting of a motion for new trial restores the case to its position before the former trial. *See* TEX. R. APP. P. 21.9(b). Appellant has filed a motion to dismiss the appeal because the appeal was rendered moot by the order granting a new trial. *See* TEX. R. APP. P. 21.9(b); 42.2.

Accordingly, we grant appellant's motion to dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).